Gregory G. Spaulding (CA State Bar No. 106606)
Terry S. Sterling, Esq. (CA State Bar No. 106379)
Warren L. Dranit (CA State Bar No. 160252)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:    (707) 524-1900
Facsimile:    (707) 524-1906
Email: spaulding@smlaw.com; sterling@smlaw.com; dranit@smlaw.com

Andrew W. Stroud  (CA State Bar No. 126475)
Mennemeier, Glassman & Stroud LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011
Email:  stroud@mgslaw.com

Attorneys for Plaintiff PAUL E. DOLAN, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL E. DOLAN III,<br><br>            Plaintiff,<br><br>    vs.<br><br>MENDOCINO WINE GROUP, LLC, a California limited liability company, and Does 1-18,<br><br>            Defendants. | Case No.:  13-CV-00164-GEB-CKD<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED and agreed by and between plaintiff PAUL E. DOLAN III ("DOLAN") and defendant MENDOCINO WINE GROUP, LLC ("MWG"), through their attorneys of record, that the Status Conference currently set for August 19, 2013, shall be continued for three weeks.  This continuance is requested in order to allow sufficient time for counsel to prepare and timely file their Joint Status Report.  Preparation of the Joint Status Report was deferred pending a ruling on MWG's Motion to Transfer but that Motion has not yet been decided, and due to a previously planned absence from the office, trial counsel for MWG is not available to confer and prepare the Joint Status Report in time for it to be filed by the present due date of August 5, 2013.

1    It is further stipulated and agreed that MWG's time to answer or otherwise move with respect
2  to the Complaint shall be extended until either: (1) 14 days after this Court has ruled on the Motion to
3  Transfer, if the Motion is denied; or (2) 14 days after the case has been assigned to a Judge of the
4  transferee Court, if the Motion is granted.

5  DATED:  July 31, 2013                SPAULDING McCULLOUGH & TANSIL LLP
                                        Attorneys for Plaintiff PAUL E. DOLAN, III

7                                       By:    */s/ Terry S. Sterling*
8                                              Terry S. Sterling

9  DATED:  July 31, 2013                CLAUSEN LAW GROUP
10                                      Attorney for Defendant MENDOCINO WINE GROUP, INC.

12                                      By:    */s/ Lyman D. Bedford*
13                                             Lyman D. Bedford

1  ORDER

2  IT IS SO ORDERED.  The Status Conference currently set for August 19, 2013 is hereby
3  continued to October 28, 2013, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to
4  the hearing.

5  **Date:  8/1/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge